FILED
Clerk
District Court

SEP 1 4 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 04-00002-001 |
| ) | Civil No. 05-0023 |
| Plaintiff ) | |
| ) | |
| v. ) | ORDER CLOSING FILE |
| ) | |
| MARVIN LEON GUERRERO, ) | |
| ) | |
| Defendant ) | |

There remaining nothing before the court requiring its attention,

IT IS ORDERED that this file be and hereby is closed.

DATED this 14h day of September, 2005.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 8/82)